THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Randi Lee**
Labor and Employment Law Division
Phone: (212) 356-2464
Email: ralee@law.nyc.gov

October 8, 2026

**By ECF**
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

REQUESTS GRANTED.
On consent of both parties, discovery shall be stayed pending the resolution of Defendants' motion to dismiss. The initial pretrial conference scheduled for October 15, 2026 is canceled and is hereby adjourned *sine die*. Parties are to submit a letter requesting a case management conference, within one week of the Court's decision, in the event there are any surviving claims.
10/9/2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: Carline Germain v. City of New York, et al.
No. 26-CV-04990 (LJL)

Dear Judge Liman:

I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. Defendants write to respectfully request an adjournment of the initial pretrial conference, currently scheduled for October 15, 2026 at 2:00pm (See ECF No. 8), and a stay of discovery pursuant to Fed. R. Civ. P. 26(c) pending the Court's determination of their motion to dismiss the First Amended Complaint filed on October 2, 2026. See ECF Nos. 25, 26, 28. These requests are being made upon the consent of Plaintiff.

This is Defendants' first request for an adjournment of the initial pretrial conference and a stay of discovery. Defendant makes this request in the interest of judicial economy, as the Court's decision on Defendants' Motion to Dismiss may affect the scope and necessity of discovery, as well as the parties' ability to properly prepare the Case Management Plan and Scheduling Order.

Accordingly, Defendants respectfully request that the Court stay discovery and adjourn the initial pretrial conference pending resolution of the Defendants' fully dispositive motion to dismiss. Defendants thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Randi Lee
Randi Lee
Senior Counsel

cc: Megan S. Goddard, Esq.
Hailey Miller, Esq. 3
39 Broadway, Suite 1540
New York, New York 10006
Tel.: (646) 964-1178
Megan@goddardlawnyc.com
Hailey@goddardlawnyc.com